**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SONY/ATV SONGS LLC; EMI BLACKWOOD MUSIC, INC.; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA, | CIVIL ACTION NO.: |
| Plaintiffs, | |
| v. | |
| EXPLORE JERKY, INC. d/b/a FALLSTON BARREL HOUSE, 2403 Belair Road Fallston, MD 21047 **SERVE**: William C. Grose 2403 Belair Road Fallston, MD 21047 **AND** | |
| FALLSTON BARREL HOUSE, L.L.C. 2403 Belair Road Fallston, MD 21047 **SERVE**: Explore Jerky, Inc. 2403 Belair Road Fallston, MD 21047 **AND** | |
| WILLIAM GROSE 2403 Belair Road Fallston, MD 21047 | |
| Defendants. | |

**COMPLAINT**

Plaintiffs, by their undersigned attorneys, file this Complaint for copyright infringement against Defendants Explore Jerky, Inc d/b/a Fallston Barrel House, Fallston Barrel House, L.L.C., and William Grose, and allege as follows:

## JURISDICTION AND VENUE

1.      This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.      Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI, as agent for Broadcast Music, LLC, has been granted the right to license the public performance rights in 22.4 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.      The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.      Plaintiff Sony/ATV Songs, LLC is a limited liability company.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

6.      Plaintiff EMI Blackwood Music, Inc. is a corporation.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

2

7.    Plaintiff Zombies Ate My Publishing is a partnership.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

8.    Plaintiff Forthefallen Publishing is a sole proprietorship.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

9.    Plaintiff Reservoir Media Management Inc. is a corporation d/b/a Reservoir 416 a/k/a Reservoir One America.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

10.    Defendant Explore Jerky, Inc. ("Explore Jerky") is a corporation organized and existing under the laws of the State of Maryland with its principal office located at 2403 Belair Road, Fallston, Maryland 21047, and which operates, maintains, and controls an establishment known as "Fallston Barrel House," located at 2403 Belair Rd., Fallston, Maryland 21047, in this district (the "Establishment").

11.    Defendant Fallston Barrel House, L.L.C. ("Fallston LLC") is a limited liability company organized and existing under the laws of the State of Maryland with its principal office located at 2403 Belair Road, Fallston, Maryland 21047.

12.    Upon information and belief, Defendant Fallston LLC also operates, maintains, and controls the Establishment.

13.    In connection with the operation of the Establishment, Defendants Explore Jerky, and/or Fallston LLC publicly perform musical compositions and/or causes musical compositions to be publicly performed.

14.    Defendant Explore Jerky has a direct financial interest in the Establishment.

15.    Defendant Fallston LLC has a direct financial interest in the Establishment.

16. Defendant William Grose is an individual and an owner or operator of Defendants Explore Jerky with responsibility for the operation and management of that corporation and the Establishment, and he resides in and/or routinely carries on a vocation in Harford County, Maryland.

17. Defendant William Grose is an officer, director, agent, or representative of Defendant Explore Jerky with responsibility for the operation and management of that corporation and the Establishment.

18. Defendant William Grose has the right and ability to supervise the activities of Defendant Explore Jerky and a direct financial interest in that corporation and the Establishment.

19. Upon information and belief, Defendant William Grose is an individual and a member of Defendant Fallston LLC with responsibility for the operation and management of that company and the Establishment, and who resides in and/or routinely carries on a vocation in Harford County, Maryland.

20. Upon information and belief, Defendant William Grose is a member, agent, or representative of Defendant Fallston LLC and a direct financial interest in that corporation and the Establishment.

CLAIMS OF COPYRIGHT INFRINGEMENT

21. Plaintiffs repeat and reallege each of the allegations contained in Paragraphs 1 through 20.

22. Since October 2023, BMI has reached out to Defendants over one hundred twenty (120) times by phone, mail, and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public

performance of musical compositions in the BMI Repertoire.  Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

23.    Plaintiffs allege three (3) claims of willful copyright infringement, based upon Defendants unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.  Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

24.    Annexed to this Complaint as "Exhibit A" and incorporated by reference herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants (the "Schedule").  The Schedule contains information on the three (3) claims of copyright infringement at issue in this action.  Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

25.    For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

26. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

27. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

28. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

29. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)     Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)     Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III)     Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV)     Plaintiffs have such other and further relief as is just and equitable.


Dated: July 21, 2026


_____*/s/ Marie J. Ignozzi*_____
Marie J. Ignozzi (Bar #29762)
RKW, LLC
10075 Red Run Blvd., 4th Floor
Owings Mills, Maryland 21117
mignozzi@rkwlawgroup.com
(443) 379-8992
*Attorney(s) for Plaintiffs*

7