# *Schedule*

| Line 1 | Claim No. | 1 |
|---|---|---|
| Line 2 | Musical Composition | Take On Me |
| Line 3 | Writer(s) | Magne Furuholmen a/k/a Mags Furuholmen; Pal Waaktaar; Morten Harket |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 9/9/85 |
| Line 6 | Registration No(s). | PA 274-789 |
| Line 7 | Date(s) of Infringement | 05/27/2026 |
| Line 8 | Place of Infringement | Fallston Barrel House/Barrel House Live |

| Line 1 | Claim No. | 2 |
|---|---|---|
| Line 2 | Musical Composition | Tubthumping |
| Line 3 | Writer(s) | Nigel Hunter, Darren Hamer, Bruce Duncan, Paul Greco, Judith Abbott, Alice Nutter (aka Anne Holden), Louise Watts, Allen Whalley |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc. |
| Line 5 | Date(s) of Registration | 6/3/98 |
| Line 6 | Registration No(s). | PA  904-781 |
| Line 7 | Date(s) of Infringement | 05/27/2026 |
| Line 8 | Place of Infringement | Fallston Barrel House/Barrel House Live |

EXHIBIT A

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | My Immortal |
| Line 3 | Writer(s) | Amy Lee; Ben Moody; David Hodges |
| Line 4 | Publisher Plaintiff(s) | Amy Lee and Ben Moody, a partnership d/b/a Zombies Ate My Publishing; David Hodges, an individual d/b/a Forthefallen Publishing; Reservoir Media Management Inc. d/b/a Reservoir 416 a/k/a Reservoir One America |
| Line 5 | Date(s) of Registration | 5/7/03 |
| Line 6 | Registration No(s). | PA 1-152-551 |
| Line 7 | Date(s) of Infringement | 05/27/2026 |
| Line 8 | Place of Infringement | Fallston Barrel House/Barrel House Live |

EXHIBIT A